UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61900-CIV-SINGHAL/VALLE

LISIA HALL,

    Plaintiff,

v.

PRECISION HEALTH CARE, INC.,

    Defendant.

_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (DE [6]). The Court having reviewed the Notice and the docket, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own attorney's fees and costs. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 3rd day of December 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF